IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| JASON SAINT, | : |
| Plaintiff, | : |
| v. | : Civil Action No.<br>: 7:08-CV-29 (HL) |
| TED PHILBIN, et. at, | : |
| Defendants. | : |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation ("R&R") (Doc. 26), which recommends granting Defendants' Motion to Dismiss (Doc. 13) and Defendants' Motion to Stay Discovery (Doc. 15). Pursuant to 28 U.S.C. § 636(b)(1), the Court has thoroughly considered Plaintiff's Objection and has made a *de novo* determination of the portion of the R&R to which Petitioner objects. After careful consideration, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

**SO ORDERED**, this the 11th day of March, 2009.

*s/ Hugh Lawson*
**HUGH LAWSON, Judge**

wjc